Exhibit



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7018 1830 0000 1246 7370

950 Pennsylvania Avenue, N.W.
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

October 16, 2019

Mr. Jerry Fields
c/o Hilary K. Johnson, Esquire
Attorney at Law
316 W. Valley Street
Abingdon, VA  24210

Re: EEOC Charge Against Washington County Service Authority
    No. 438201900445

Dear Mr. Fields:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

    The investigative file pertaining to your case is located in the EEOC Richmond District Office, Richmond, VA.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

    Sincerely,

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

by
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Richmond District Office, EEOC
    Washington County Service Authority