

# Guynn, Waddell, Carroll & Lockaby, P.C.
## - Attorneys at Law -

Jim H. Guynn Jr.   Jeremy E. Carroll   Christopher S. Dadak   Mark C. Popovich
Susan A. Waddell   Michael W.S. Lockaby   Julian F. Harf

February 8, 2021

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

FEB 12 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

The Honorable James P. Jones
United States District Court
Western District of Virginia, Abingdon Division
180 W. Main Street, Room 104
Abingdon, VA 24210

Re: <u>Jerry L. Fields, Jr. v. Washington County Service Authority
USDC, Western District, Abingdon, Case No. 1:20cv1</u>

Dear Judge Jones:

Pursuant to paragraph 4 of the Court's Scheduling Order (ECF No. 10), please find enclosed a paper copy of the Reply Brief in Support of Motion for Summary Judgment and accompanying exhibits that were filed today on the ECF system by Defendant Washington County Service Authority.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

GUYNN, WADDELL, CARROLL & LOCKABY, P.C.

Julian F. Harf

JFH/wrt
Enclosures
cc:   Hilary K. Johnson, Esq. (via email) (w/o enclosures)

415 S. College Avenue, Salem, Virginia 24153 | 540.387.2320 | www.guynnwaddell.com