IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| JERRY L. FIELDS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20cv1 |
| | ) |
| WASHINGTON COUNTY | ) |
| SERVICE AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

**<u>MOTION FOR CONTINUANCE</u>**

Defendant Washington County Service Authority, by counsel, respectfully moves for a continuance of the trial currently scheduled for June 14-17, 2021. In support thereof, Defendant states as follows:

1. This case was originally set for trial on February 23-25, 2021. (ECF No. 10.) In light of the Court's December 3, 2020 order suspending jury trials through March 1, 2021, the Court cancelled the February 23-25 trial. (ECF No. 17.) The Court rescheduled the trial for June 14-17, 2021. (ECF No. 18.) The Court did not inquire with counsel concerning counsel's availability prior to selecting new trial dates.

2. Defense counsel has a trial scheduled in this Court on June 10-11, 2021. Under the current schedule, there are only two days – a Saturday and a Sunday – between the end of that trial and the trial in this case.

3. To allow counsel adequate time to prepare for trial in the instant case, Defendant respectfully asks that the Court continue the trial and permit the parties to confer and select new trial dates.

4. Defense counsel conferred with Plaintiff's counsel concerning this motion, and Plaintiff does not oppose this motion.

WHEREFORE, Defendant respectfully moves the Court for a continuance of the trial currently scheduled for June 14-17, 2021.

WASHINGTON COUNTY  
SERVICE AUTHORITY  

By: /s/ Julian F. Harf  
      Of Counsel

Jeremy E. Carroll (VSB # 41331)  
Julian F. Harf (VSB # 90775)  
GUYNN, WADDELL, CARROLL & LOCKABY, P.C.  
415 S. College Ave.  
Salem, Virginia 24153  
Telephone:  540-387-2320  
Facsimile:  540-389-2350  
jeremyc@guynnwaddell.com  
julianf@guynnwaddell.com  
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Hilary K. Johnson, counsel of record.

/s/ Julian F. Harf  
Julian F. Harf